IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NEW CASTLE INVESTMENT, LLC,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 09-bk-01329<br><br>Adv. No. 10-ap-02327 |
| DAVID A. BIRDSELL,<br><br>Plaintiff,<br><br>v.<br><br>MGF FUNDING, INC.,<br><br>Defendant. | ORDER INCORPORATING MEMORANDUM DECISION DATED FEBRUARY 21, 2012 |

Based upon this Court's Memorandum Decision dated February 21, 2012, which is incorporated herein by reference:

The Court concludes that there are genuine issues of material fact that preclude entry of judgment at this time. Therefore, the Plaintiff's Cross-Motion for Summary Judgment and the Defendant's Motion for Summary Judgment are both denied.

IT IS ORDERED that the Defendant's Motion for Summary Judgment is DENIED.

IT IS ALSO ORDERED that the Plaintiff's Cross-Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED setting a Rule 7016 scheduling conference to establish a date for trial on the issues outlined herein on **March 22, 2012 at 3:30 p** .m in

1

1  Courtroom 701, United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix,
2  Arizona 85003.
3         IT IS FURTHER ORDERED directing the Clerk's Office to provide <u>immediate</u>
4  notice of this Order to all interested parties.

6         DATED this 22nd day of February, 2012.

           */s/ Sarah Sharer Curley*

           Honorable Sarah Sharer Curley
           United States Bankruptcy Judge

2